IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AIG COMMERCIAL CO,   No. C 14-02610 SI

      Plaintiff,   **Amended**
**PRETRIAL PREPARATION ORDER**

  v.

AMERICAN GUARANTEE & LIABILITY,

      Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 21, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 25, 2015.

DESIGNATION OF EXPERTS: 6/9/15; REBUTTAL: 7/6/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 25, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by October 2, 2015;

    Opp. Due October 16, 2015;  Reply Due October 23, 2015;

    and set for hearing no later than November 6, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 19, 2016 at 3:30 PM.

JURY  TRIAL DATE: February 1, 2016  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel are discussing the possibility of participating in binding arbitration.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/17/14

                                              SUSAN ILLSTON
                                              United States District Judge