UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG COMMERCIAL COMPANY OF CANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 14-cv-02610-SI<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISQUALIFY COUNSEL** |
| AIG COMMERCIAL INSURANCE COMPANY OF CANADA,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MILLENNIUM PARTNERS CALIFORNIA PROPERTY MANAGEMENT LLP; 765 MARKET STREET RESIDENTIAL OWNER'S ASSOCIATION; and DOES through 10, inclusive,<br><br>    Third-Party Defendants. | |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS | |

American Guarantee & Liability Insurance Company's motion to disqualify Murchison & Cumming, LLP as counsel for FS San Francisco Employment, Inc. came on for hearing on January 30, 2015. Having considered the arguments of the parties and the papers submitted, and for good cause shown, the Court hereby DENIES defendant's motion.

Whether to disqualify counsel is a matter firmly committed to the district court's discretion. *See Gas-A-Tron of Ariz. v. Union Oil Co. of Calif.*, 534 F.2d 1322, 1325 (9th Cir. 1976). "Motions to disqualify counsel are strongly disfavored." *Visa U.S.A., Inc. v. First Data*

*Corp.*, 241 F. Supp. 2d 1100, 1104 (N.D. Cal. 2003). When reviewing a motion to disqualify counsel, the Court must "make a reasoned judgment and comply with the legal principles and policies appropriate to the particular matter at issue." *Visa U.S.A.*, 241 F. Supp. 2d at 1104 (citation and internal quotation marks omitted). The Court has carefully considered the arguments presented by the parties, and in its discretion, DENIES defendant's motion to disqualify Murchison & Cumming, LLP as counsel for FS San Francisco Employment, Inc.

**IT IS SO ORDERED**.

Dated: January 30, 2015

_____
SUSAN ILLSTON
United States District Judge