MARY P. McCURDY (SBN 116812)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Plaintiff
AIG COMMERCIAL INSURANCE
COMPANY OF CANADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AIG COMMERCIAL INSURANCE COMPANY OF CANADA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 3:14-cv-02610-SI<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT**<br>**(L.R. 6-1(A))** |
|---|---|

Pursuant to Civil Local Rule 6-1(A), third-party plaintiff AIG COMMERCIAL INSURANCE COMPANY OF CANADA ("AIG Canada"), and third-party defendants MILLENNIUM PARTNERS CALIFORNIA PROPERTY MANAGEMENT LLP ("Millennium Partners") and THE 765 MARKET STREET RESIDENTIAL OWNERS ASSOCIATION ("Association") (collectively, "Millennium") by and through their respective attorneys, hereby stipulate to enlarge the time for filing an opposition and reply regarding Millennium's pending Motion to Dismiss AIG Canada's First Amended Complaint.

Millennium filed and electronically served its motion to dismiss on AIG Canada on March 4, 2015.

The original deadline for AIG Canada to respond was March 18, 2015.

As permitted by Civil Local Rule 6-1(A), AIG Canada and Millennium have stipulated to a one-week extension of time through and including March 26, 2015, for AIG Canada to respond to

the motion to dismiss. AIG Canada and Millennium have further stipulated to a one-week extension of time through and including April 2, 2015, for Millennium's reply.

This stipulation will not alter the date of an event or deadline already set by court order.

IT IS THEREFORE STIPULATED AND AGREED that AIG Canada shall have up to and including March 26, 2015 to respond to Millennium's motion to dismiss and Millennium shall have up to and including April 2, 2015 to reply to AIG Canada's opposition.

The Parties further request that the Court enter the proposed order lodged herewith.

IT IS SO STIPULATED.

Dated: March 17, 2015                McCURDY FULLER RUETTGERS LLP


/s/Robert J. Scott
ROBERT J. SCOTT, Jr.
Attorneys for Plaintiff/Counterdefendant
AIG COMMERCIAL INSURANCE
COMPANY OF CANADA


Dated: March 17, 2015                MECKLER BULGER TILSON MARICK PEARSON LLP


/s/ Julia A. Molander
JULIA A. MOLANDER
Attorneys for Third-party Defendants
MILLENNIUM PARTNERS CALIFORNIA PROPERTY MANAGEMENT, LLP and 765 MARKET STREET RESIDENTIAL OWNERS ASSOCIATION


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2015

Hon. Susan Illston
United States District Judge

55884

- 2 -

Stipulation to Extend Time to Respond to Motion to Dismiss First Amended Third-Party Complaint