MARY P. McCURDY (SBN 116812)
KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Plaintiff
AIG COMMERCIAL INSURANCE
COMPANY OF CANADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AIG COMMERCIAL INSURANCE COMPANY OF CANADA, | CASE NO.: 3:14-cv-02610-SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF AIG COMMERCIAL INSURANCE COMPANY OF CANADA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and DOES 1 through 10, inclusive | Current Date:  September 25, 2015<br>Proposed Date:  October 16, 2015 |
| Defendants. | |
| AND RELATED CROSS ACTIONS. | |

Whereas, AIG Commercial Insurance Company of Canada ("AIG Canada") filed a motion for partial summary judgment with a hearing date of September 18, 2015;

Whereas, the Court on its own motion moved the hearing date to September 25, 2015;

Whereas, AIG Canada's lead trial counsel will be out of the country on a prepaid vacation on September 25, 2015;

It is hereby stipulated by and between plaintiff AIG Canada, defendant American Guarantee & Liability Insurance Company, third-party defendants FS San Francisco Employment, Millennium Partners California Management LLP, and The 765 Market Street Residential Association, by and through their respective attorneys of record, that:

1. The hearing on AIG Canada's motion for partial summary judgment may be

55884                                  - 1 -
**Stipulation and Order to Continue Hearing on AIG Canada's Motion for Partial Summary Judgment**

1  continued to October 16, 2015.

2      2.    The date to file an opposition to AIG Canada's motion is extended to September 11,

3  2015.

4      3.    The date for AIG Canada to file a reply is extended to September 18, 2015.

5      4.    The Court is respectfully requested to enter the proposed Order filed herewith

6  establishing the hearing and briefing schedule set forth above.

7      SO STIPULATED.

Dated: August 21, 2015                      McCURDY & FULLER LLP

                                          */s/ Robert J. Scott, Jr.*
                                          ROBERT J. SCOTT, Jr.
                                          Attorneys for Plaintiff
                                          AIG COMMERCIAL INSURANCE
                                          COMPANY OF CANADA

Dated: August 24, 2015                      SELMAN BREITMAN LLP

                                          */s/ James R. Tenero*
                                          JAMES R. TENERO
                                          CHRISTOPHER R. RANCK
                                          SHERYL W. LEICHENGER
                                          Attorneys for Defendant/Counterclaimant
                                          AMERICAN GUARANTEE AND LIABILITY
                                          INSURANCE COMPANY

Dated: August 24, 2015                      MURCHISON & CUMMING LLP

                                          */s/ Heidi C. Quan*
                                          HEIDI C. QUAN
                                          JENNIFER K. LETULLE
                                          Attorneys for Third-party Defendant
                                          FS SAN FRANCISCO EMPLOYMENT, INC.

*McCURDY & FULLER LLP — 4300 Bohannon Drive, Suite 240 — Menlo Park, CA 94025 — (650) 618-3500*

55884

- 2 -

**Stipulation and Order to Continue Hearing on AIG Canada's Motion for Partial Summary Judgment**

Dated: August 21, 2015            COZEN O'CONNOR

*/s/ Julia A. Molander*
JULIA A. MOLANDER
Attorneys for Third-Party Defendants
MILLENNIUM PARTNERS CALIFORNIA
PROPERTY MANAGEMENT LLP and THE 765
MARKET STREET RESIDENTIAL OWNERS
ASSOCIATION

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

1. The hearing date on AIG Canada's motion for partial summary judgment may be continued to October 16, 2015.

2. Any opposition to AIG Canada's motion is now due on September 11, 2015.

3. AIG Canada's reply is due on September 18, 2015.

IT IS SO ORDERED.

Dated: August __25__, 2015

_____
Hon. Susan Illston
United States District Judge

55884

- 3 -

**Stipulation and Order to Continue Hearing on AIG Canada's Motion for Partial Summary Judgment**

# CERTIFICATE OF SERVICE
*AIG Canada v. American Guarantee*
United States Northern District Court
Case No. 3:14-cv-02610-SI

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, CA 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF AIG COMMERCIAL INSURANCE COMPANY OF CANADA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Addressed to the following recipients:

| | |
|---|---|
| James R. Tenero<br>Sheryl W. Leichenger<br>Christopher C. Ranck<br>SELMAN BREITMAN, LLP<br>33 New Montgomery Street, 6th Floor<br>San Francisco, CA 94105<br>Email: jtenero@selmanlaw.com | Heidi Coleen Quan<br>Jennifer K. Letulle<br>Murchison and Cumming, LLP<br>275 Battery Street, Suite 550<br>San Francisco, CA 94111<br>Tel.: (415)524-4303<br>Fax: (415)391-2058<br>Email: hquan@murchisonlaw.com<br>          jletulle@murchisonlaw.com |
| Julia Ann Molander<br>Cozen O'Connor<br>575 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Tel.: (415)644-0914<br>Fax: (415)644-0978<br>Email: jmolander@cozen.com | |

__X__ **(BY ELECTRONIC FILING AND SERVICE) with the Clerk of the Court using the CM/ECF System:** in accordance with the F.R.C.P. 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 24, 2015 at Menlo Park, CA.

                                                    */s/Cat Smith*
                                                    Cat Smith

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

53203
- 2 -
**CERTIFICATE OF SERVICE**