JAMES R. TENERO          (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone :    415.979.0400
Facsimile  :    415.979.2099
Email        :    jtenero@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone :    310.445.0800
Facsimile  :    310.473.2525
Email        :    sleichenger@selmanlaw.com

Attorneys for Defendant/Counterclaimant and Third Party Plaintiff
American Guarantee & Liability Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AIG COMMERCIAL INSURANCE COMPANY OF CANADA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. 3:14-cv-02610-SI<br><br>NOTICE OF SETTLEMENT |

   PLEASE TAKE NOTICE that the above-entitled matter has settled in its entirety. The parties are preparing a written settlement agreement and release which they intend to execute within the next thirty days. Therefore, the parties respectfully request that this Court:

   (1)   Provide the parties thirty days within which to finalize the settlement agreement and file a stipulation of dismissal;

1

(2) Take the pending motions filed by AIG Commercial Insurance Company of Canada and FS San Francisco Employment, Inc., respectively, for partial summary judgment and summary judgment off calendar; and

(3) Take all pending dates scheduled pursuant to the Case Management Order off calendar, including, but not limited to, the pre-trial conference and trial dates.

Respectfully submitted,

DATED: September 9, 2015         MCCURDY FULLER RUETTGERS LLP


By: __/s/_____
    MARY P. MCCURDY
    ROBERT J. SCOTT
    Attorneys for Plaintiff/Counterdefendant/
    Third Party Plaintiff AIG Commercial
    Insurance Company of Canada


DATED: September 9, 2015         MURCHISON & CUMMING, LLP


By: __/s/_____
    HEIDI C. QUAN
    JENNIFER K. LETULLE
    Attorneys for Third Party Defendant
    FS San Francisco Employment, Inc.

///
///
///

2

321781.1 465.36709

DATED: September 9, 2015            SELMAN BREITMAN LLP


                                    By:      /s/
                                        JAMES R. TENERO
                                        Attorneys for Defendant/Counterclaimant/
                                        Third Party Plaintiff American Guarantee &
                                        Liability Insurance Company


DATED: September 9, 2015            COZEN O'CONNOR


                                    By:      /s/
                                        JULIA MOLANDER
                                        Attorneys for Defendants/Third
                                        Party Defendants Millenium Partners
                                        California Property Management LLP
                                        and 765 Market Residential Owner's
                                        Association

3

NOTICE OF SETTLEMENT
Case No. 3:14-cv-2610-SI